**UNITED STATES COURT OF INTERNATIONAL TRADE**      **FORM  1**

| | |
|---|---|
| **BORUSAN BIRLEŞIK BORU FABRIKALARI SANAYI VE TICARET A.Ş. AND BORUSAN PIPE U.S. INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br>                                   **Defendant.** | **S U M M O N S**<br><br>**Court No.  26-02058** |

**TO:**    The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Gina Justice**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 5301, 2002, 0412, 1901, 1101 (See attached schedule) | Center (if known): | CEE005 - Base Metals |
| Protest Number: | 530125110510 and 530125110511 | Date Protest Filed: | 9/18/2025 |
| Importer: | Borusan Birleşik Boru Fabrikalari Sanayi ve Ticaret A.Ş. and Borusan Pipe U.S. Inc. | Date Protest Denied: | 12/29/2025 |
| Category of Merchandise: | Circular welded carbon steel standard pipe ⊞ | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 00271357493 | 05/12/2022 | 8/8/2025 | 00271357501 | 05/12/2022 | 8/8/2025 |
| 00271357527 | 05/12/2022 | 8/8/2025 | 00271357931 | 05/12/2022 | 8/8/2025 |
| 00271357535 | 05/12/2022 | 8/8/2025 | 00271358079 | 05/23/2022 | 8/8/2025 |
| 00271357790 | 05/13/2022 | 8/8/2025 | See Attached Schedule | | |

| |
|---|
| Mary S. Hodgins<br>Taft Stettinius & Hollister LLP<br>1333 New Hampshire Avenue, NW Suite 800<br>Washington, DC 20036<br>202-216-4111; mhodgins@taftlaw.com |

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | n/a | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Circular welded carbon steel standard pipe | 7306.30.5025 7306.30.5032 7306.30.5040 7306.30.5055 7306.30.5085 7306.30.5090 | 14.74 percent anti-dumping duty | 7306.30.5025 7306.30.5032 7306.30.5040 7306.30.5055 7306.30.5085 7306.30.5090 | 2.75 percent anti-dumping duty (confidential assessment rates provided in Complaint) |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: n/a

The issue which was common to all such denied protests:

U.S. Customs and Border Protection failed to follow the U.S. Department of Commerce's assessment instructions and incorrectly liquidated Plaintiffs' entries at the all-others antidumping duty rate instead of the importer/customer specific antidumping duty assessment rate calculated by the U.S. Department of Commerce.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Mary S. Hodgins

*Signature of Plaintiff's Attorney*

March 16, 2026

*Date*

## CEE005 - Base Metals   SCHEDULE OF PROTESTS

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271357808 | 05/13/2022 | 08/08/2025 | 0412 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271357949 | 05/12/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271357956 | 05/12/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358111 | 05/23/2022 | 08/08/2025 | 2002 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358129 | 05/23/2022 | 08/08/2025 | 2002 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358301 | 05/25/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358327 | 05/26/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358368 | 06/01/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358376 | 05/31/2022 | 08/08/2025 | 1901 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358384 | 06/01/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358392 | 06/01/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358640 | 06/13/2022 | 08/08/2025 | 0412 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358657 | 06/13/2022 | 08/08/2025 | 0412 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358830 | 07/08/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358848 | 07/08/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271358855 | 07/08/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271359192 | 07/16/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271359200 | 07/16/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271359218 | 07/16/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271359226 | 07/16/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271359234 | 08/04/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360000 | 08/04/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360059 | 08/04/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360083 | 08/04/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360091 | 08/04/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360109 | 08/04/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360364 | 08/28/2022 | 08/08/2025 | 0412 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360380 | 08/28/2022 | 08/08/2025 | 0412 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

CEE005 - Base Metals **SCHEDULE OF PROTESTS**

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360513 | 09/15/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360521 | 09/15/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360539 | 09/15/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271360554 | 09/15/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271361594 | 10/08/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271361602 | 10/08/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271361628 | 11/10/2022 | 08/08/2025 | 1101 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271361636 | 10/08/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271361644 | 10/18/2022 | 08/08/2025 | 1101 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271361669 | 10/08/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271363780 | 11/10/2022 | 08/08/2025 | 1101 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271363913 | 11/25/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271363921 | 11/30/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271363947 | 11/25/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271363988 | 11/25/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271364929 | 12/08/2022 | 08/08/2025 | 0412 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271364937 | 12/08/2022 | 08/08/2025 | 0412 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271365504 | 12/29/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271365637 | 12/29/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271365694 | 12/29/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271365702 | 12/29/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271366247 | 02/07/2023 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271366254 | 02/07/2023 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271366312 | 02/07/2023 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271368391 | 02/25/2023 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271368409 | 02/25/2023 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271369621 | 03/18/2023 | 08/08/2025 | 0412 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271369662 | 03/18/2023 | 08/08/2025 | 0412 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

## CEE005 - Base Metals SCHEDULE OF PROTESTS

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271357493 | 05/12/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271357527 | 05/12/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271357535 | 05/12/2022 | 08/08/2025 | 5301 |
| 530125110510 | 09/18/2025 | 12/29/2025 | 00271357790 | 05/13/2022 | 08/08/2025 | 0412 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271357501 | 05/12/2022 | 08/08/2025 | 5301 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271357931 | 05/12/2022 | 08/08/2025 | 5301 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271358079 | 05/23/2022 | 08/08/2025 | 2002 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271358343 | 06/01/2022 | 08/08/2025 | 5301 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271358632 | 06/13/2022 | 08/08/2025 | 0412 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271360042 | 08/04/2022 | 08/08/2025 | 5301 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271360356 | 08/28/2022 | 08/08/2025 | 0412 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271360802 | 09/15/2022 | 08/08/2025 | 5301 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271361941 | 10/08/2022 | 08/08/2025 | 5301 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271363889 | 11/25/2022 | 08/08/2025 | 5301 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271365496 | 01/13/2023 | 08/08/2025 | 5301 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271366379 | 02/07/2023 | 08/08/2025 | 5301 |
| 530125110511 | 09/18/2025 | 12/29/2025 | 00271368383 | 02/25/2023 | 08/08/2025 | 5301 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)