UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

BORUSAN BIRLEŞIK BORU FABRIKALARI SANAYI VE TICARET A.Ş. AND BORUSAN PIPE U.S. INC.,

*Plaintiffs*,

v.

UNITED STATES

*Defendant*.

Court No. 26-02058

**ORDER**

Upon reading the parties' joint motion to stay the case; it is hereby

**ORDERED** that parties' joint motion to stay be, and hereby is, granted; and it is further

**ORDERED** that parties shall file a status report on or before October 26, 2026, advising the Court on the progress of resolution of this matter.

___________________________
JUDGE

Dated: New York, New York
This _____ day of __________, 2026

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| BORUSAN BIRLEŞIK BORU FABRIKALARI SANAYI VE TICARET A.Ş. AND BORUSAN PIPE U.S. INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES<br><br>*Defendant*. | Court No. 26-02058 |

**JOINT MOTION TO STAY**

Plaintiffs Borusan Birleşik Boru Fabrikalari Sanayi ve Ticaret A.S. and Borusan Pipe U.S. Inc. and Defendant, the United States (the Government), respectfully move this court for a sixty (60) day stay for all proceedings in this matter, including the filing of a response to Plaintiffs' Complaint and a joint proposed scheduling order pursuant to this Court's order on July 29, 2026. The parties request this stay to facilitate an amicable resolution of this matter without further litigation. A stay will preserve the parties' and the Court's resources while the parties finalize a potential settlement agreement.

By way of background, this case involves Plaintiffs' challenge of U.S. Customs and Border Protection's ("CBP") denial of administrative protests. Compl. ¶ 1. At the time the entries were filed, Plaintiffs were known as Borusan Mannesmann Boru Sanayi ve Ticaret A.S. ("BMB") and Borusan Mannesmann Pipe U.S. Inc. ("BMP"). *Id*. at ¶ 2. BMB and BMP imported circular welded carbon steel standard pipe ("standard pipe") from Türkiye. *Id*. at ¶¶ 2-3. Standard pipe is subject to the *Antidumping Duty Order: Welded Carbon Steel Standard Pipe and Tube Products from Türkiye,* 51 Fed. Reg. 17,784 (Dep't Commerce May 15, 1986). *See*

*also Circular Welded Carbon Steel Standard Pipe and Tube Products From the Republic of Türkiye; Welded Line Pipe From the Republic of Türkiye; Certain Oil Tubular Goods From the Republic of Türkiye; and Large Diameter Welded Pipe From the Republic of Türkiye: Final Results of Antidumping Duty Changed Circumstances Reviews*, 89 Fed. Reg. 96,211 (Dep't Commerce Dec. 4, 2024). Plaintiffs allege that CBP mistakenly liquidated the subject entries at the AD all-others rate of 14.74% instead of the lower, importer specific rates assigned by the U.S. Department of Commerce ("Commerce"). Compl. at ¶ 5

The parties respectfully request that the Court stay this matter. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). The decision to stay "is within the sound discretion of the trial court." *Cherokee Nation of Oklahoma v. United States*, 124 F.3d 1413, 1416 (Fed. Cir. 1997). "A court may properly determine that it is efficient for its own docket and the fairest course for the parties to enter stay of an action before it, pending resolution of independent proceedings which bear upon the case." *RHI Refractories Liaoning Co. v. United States*, 774 F. Supp. 2d 1280, 1285 (Ct. Int'l Trade 2011) (quotation omitted).

The parties anticipate resolving this matter through amicable means. Undersigned counsel for the Government is diligently working to obtain approval from within CBP and the Department of Justice to resolve this matter. However, undersigned counsel needs additional time to obtain this approval and finalize the tentative agreement. We respectfully submit that a stay of this case pending the outcome of the parties' attempt to resolve this matter will conserve resources and promote judicial economy. The parties request a stay of sixty (60) days and will provide the Court with a status report by October 26, 2026.

WHEREFORE, the parties respectfully request that its joint motion to stay be granted.

Respectfully submitted,

/s/ Mary S. Hodgins
Mary S. Hodgins
TAFT STETTINIUS & HOLLISTER LLP
1333 New Hampshire Avenue, NW
Suite 800
Washington, D.C. 20036
(202) 216-4111

*Attorneys for Plaintiffs Borusan Birleşik Boru Fabrikalari Sanayi ve Ticaret A.Ş. and Borusan Pipe U.S. Inc.*

Date: August 24, 2026

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Adam A. Vischio
Adam A. Vischio
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza, Room 346
New York, NY 10278
(202) 305-5528

*Attorneys for Defendant*

Date: August 24, 2026