**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **BORUSAN BIRLEŞIK BORU FABRIKALARI SANAYI VE TICARET A.Ş. AND BORUSAN PIPE U.S. INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **Before: Jennifer Choe-Groves, Judge**<br><br>**Court No. 26-02058** |

**ORDER**

Upon consideration of the Parties' Joint Motion to Stay, ECF No. 27, and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Parties' Joint Motion to Stay, ECF No. 27, is granted; and it is further

**ORDERED** that the Parties shall file a joint status report advising the Court on progress of resolution of this matter on or before October 26, 2026.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: August 25, 2026
New York, New York